UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH LEGASPI, | ) | No. CV 14-05188-VBK |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) | |
| Defendant. | ) | |

**IT IS HEREBY ORDERED** that the Decision of the Commissioner is affirmed.

**IT IS ALSO ORDERED** that the matter is dismissed with prejudice.

DATED:  February 25, 2015       _____/s/_____
                                VICTOR B. KENTON
                                UNITED STATES MAGISTRATE JUDGE